# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRENT J. HIGGINS<br><br>Defendant. | 4:23-po-5176-JTJ-1<br><br><br><br>**ORDER** |

Upon Defendant's Motion to Continue (Doc. 3) and with good cause shown,

IT IS HEREBY ORDERED that the Initial Appearance in this matter is RESET for February 8, 2024 at 9:00 a.m. at the Missouri River Federal Courthouse, Great Falls, Montana

DATED this 27th day of November, 2023.

John Johnston
United States Magistrate Judge